UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
APIONISHEV                                         Docket Number: 09 CV 6471 (SAS) (GWG)

        -against-                        NOTICE OF REASSIGNMENTS

COLUMBIA UNIVERSITY
-------------------------------------------------------
APIONISHEV                                         Docket Number: 10 CV 7742 (SAS) (THK)

        -against-

DEPT. OF BIO. SCI. OF COLUMBIA UNIVERSITY
-------------------------------------------------------
APIONISHEV                                         Docket Number: 10 CV 9287 (SAS) (GWG)

        -against-

TRUSTEES OF COLUMBIA UNIVERSITY
-------------------------------------------------------

The above-entitled actions are:

| | |
|---|---|
| [ X ] Reassigned to the Hon. SHIRA A. SCHEINDLIN (SAS) | |
| [ ] Reassigned Referral to Hon. | , Magistrate Judge |
| [ ] Reassigned Designation to Hon. | , Magistrate Judge |

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                    Ruby J. Krajick
                                                    Clerk of Court

Dated: 03/18/2011                                  By:    PHYLLIS ADAMIK
                                                                             DEPUTY CLERK