UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SERGEY APIONISHEV,

             Plaintiff,

- against -

DEPARTMENT OF BIOLOGICAL
SCIENCES OF COLUMBIA UNIVERSITY,
DR. DANIEL D. KALDERON, and
COLUMBIA UNIVERSITY,

             Defendants.
------------------------------------------------------X

**ORDER**

10 Civ. 7742 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      For the reasons stated on the record at today's conference, defendants' motions to dismiss are granted in their entirety. The Clerk of the Court is directed to close these motions (Documents # 19 & 24) and this case.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
              June 7, 2011