UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SERGEY APIONISHEV,

                       Plaintiff,

-against-

DEPARTMENT OF BIOLOGICAL SCIENCES
OF COLUMBIA UNIVERSITY, DR. DANIEL
D. KALDERON, and COLUMBIA UNIVERSITY
                       Defendants.
-----------------------------------------------------------X

10 **CIVIL** 7742 (SAS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/11

      Defendants having moved to dismiss, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on June 7, 2011, having rendered its Order, granting defendants motions to dismiss in their entirety, and directing the Clerk of the Court to close these motions and the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 7, 2011, defendants' motions to dismiss is granted in their entirety; accordingly, the case is closed.

**Dated:** New York, New York
         June 9, 2011

                                              RUBY J. KRAJICK
                                              **Clerk of Court**
                            BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____